## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONNIE DAILEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Cause No.: 3:19-cv-282-JPG-MAB |
| HSHS MEDICAL GROUP, | ) ) ) |
| Defendants. | ) |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, with the Stipulation of the Defendant, hereby moves to dismiss this action against Defendant <u>with</u> prejudice, each party to bear their own costs and attorneys' fees.

BRUNTON LAW OFFICES

/s/ Michael J. Brunton
Michael J. Brunton, #6206663
Mary M. Stewart, #6200773
819 Vandalia (HWY 159)
Collinsville, Missouri 62234
618-343-0750 / 618-343-0227 Fax
*Attorneys for Plaintiff Connie Dailey*

### CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2020, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system.

/s/ Michael J. Brunton