UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CONNIE DAILEY,

    Plaintiff,

v.

HSHS MEDICAL GROUP,

    Defendant.

Case No. 19-cv-282-JPG

## JUDGMENT

This matter having come before the Court, and the Court having granted the plaintiff's motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**MARGARET M. ROBERTIE, Clerk of Court**

**Dated: December 8, 2020**       s/Tina Gray, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**